MAGGIE LEWIS, Appellant, *v.* IDA M. NEWCOMBE, as Executrix of RICHARD S. NEWCOMBE, Deceased, Respondent.

*Lewis* v. *Newcombe,* 1 App. Div. 59, affirmed.
(Argued October 27, 1897; decided November 23, 1897.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 4, 1896, upon an order made January 29, 1896, which affirmed a judgment in favor of defendant entered upon a verdict, and also affirmed an order denying a motion for a new trial.

*Abram Kling* for appellant.

*William H. Hamilton* for respondent.

Order and judgment affirmed on opinion below, with costs. All concur, except MARTIN and VANN, JJ., who dissent.

————

EMMA CONDIT SMITH, as Executrix of GEORGE CONDIT SMITH, Deceased, and as Guardian of SALLIE BARNES SMITH et al., Appellant, *v.* WILLIAM PENNINGTON, Respondent.

*Smith* v. *Pennington,* 12 App. Div. 378, affirmed.
(Argued October 28, 1897; decided November 23, 1897.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 30, 1896, which affirmed a judgment in favor of defendant entered upon a decision of the court dismissing the complaint at a Trial Term, a jury having been waived.

*Alex. Thain* for appellant.

*John Brooks Leavitt* for respondent.

Judgment affirmed on opinion below, with costs against appellant personally.
All concur.